IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

In re: SEAN R. FISTER &           Case No. 4:10-bk-15113
       KAREN M. FISTER, Debtors           Chapter 7

### ORDER GRANTING MOTION FOR RELIEF
### FROM THE AUTOMATIC STAY AND TO ABANDON

There having been no objection thereto on or before October 12, 2010, per the Court's order on September 21, 2010, (Doc. #20), the Motion for Relief From the Automatic Stay And For Abandonment of Property filed herein by U.S. Bank, N.A. on September 17, 2010 (Doc. #18) is hereby **GRANTED**.

**IT IS SO ORDERED.**

_/s/ Audrey R. Evans_
Audrey R. Evans
United States Bankruptcy Judge
Dated: 10/14/2010

Prepared By:

Frank H. Falkner, ABA # 2004202
ROSE LAW FIRM
a Professional Association
120 East Fourth Street
Little Rock, Arkansas 72201
(501) 375-0332
ffalkner@roselawfirm.com

EOD 10/14/2010
by A Smith

CC: Attorney for Debtor(s)
     Debtor(s)
     Trustee
     Attorney for Creditor(s)

231173